No. 77–5610. CONDLEY ET AL. *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–5616. HINES *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 77–5625. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5662. LOE *v.* BELL, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–311. ILLINOIS *v.* GARLICK. App. Ct. Ill., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied, it appearing that the judgment below rests upon adequate state grounds.

No. 76–1724. FEDERAL COMMUNICATIONS COMMISSION *v.* HOME BOX OFFICE, INC., ET AL., *ante,* p. 829;

No. 77–325. NASHVILLE GAS CO. *v.* TENNESSEE PUBLIC SERVICE COMMISSION ET AL., *ante,* p. 904;

No. 77–355. BERNSTEIN *v.* FLORIDA ET AL.; and BROPHY *v.* NEW HAMPSHIRE ET AL., *ante,* p. 904;

No. 77–373. ERNEST *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, *ante,* p. 901;

No. 77–5057. JACKSON *v.* JAGO, CORRECTIONAL SUPERINTENDENT, *ante,* p. 940;

No. 77–5065. EVERS *v.* UNITED STATES, *ante,* p. 926; and

No. 77–5257. RUST *v.* NEBRASKA; and HOLTAN *v.* NEBRASKA, *ante,* p. 912. Petitions for rehearing denied.

No. 75–881. HOOBAN *v.* BOARD OF GOVERNORS, WASHINGTON STATE BAR ASSN., 424 U. S. 902. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.